# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 19-14434

_____

RICHARD HUNSTEIN,

Plaintiff-Appellant,

*versus*

PREFERRED COLLECTION AND MANAGEMENT SERVICES, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-00983-TPB-TGW

_____

2                    Opinion of the Court                19-14434

Before WILLIAM PRYOR, CHIEF JUDGE, WILSON, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, AND BRASHER, CIRCUIT JUDGES.

A judge of this Court having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor, the Court sua sponte ORDERS that this case will be reheard en banc. The panel's opinion is VACATED.